[Nos. 48727-2-I; 50205-1-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. UNDRELL HOYLE,
*Appellant*.

Appeals from judgments of the Superior Court for King County, No. 00-1-03051-3, Larry A. Jordan and Paris K. Kallas, JJ., entered June 14 and 22, 2001, and March 13, 2002. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, J., concurred in by Cox, A.C.J., and Agid, J.

[No. 48774-4-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ENGMAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-02595-1, Patricia H. Aitken, J., entered September 22, 2000. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 49199-7-I.   Division One.   June 9, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM HENRY
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-05458-5, Michael Hayden, J., entered August 29, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49736-7-I.   Division One.   June 9, 2003.]

LINDSAY MOVING & RIGGING, INC., *Respondent*, v. CAICOS
CORPORATION, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 00-2-02381-2, Bruce W. Hilyer, J., entered November 2 and 19, 2001. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy and Agid, JJ.